# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEENA DISANTIS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 09-6153 |
| MORGAN PROPERTIES PAYROLL SERVICES, INC., et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 16th day of September, 2010, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 14), and the Responses and Replies thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE