AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| TEENA DISANTIS, Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 09-6153 |
| MORGAN PROPERTIES PAYROLL | ) | |
| SERVICES, INC., et al., Defendants | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  __09/16/2010__  against  __Teena DiSantis, Plaintiff__ ,
                                                                  *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ _____ |
| Fees for service of summons and subpoena ................................................. | 79.95 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing .................................................. | _____ |
| Fees for witnesses *(itemize on page two)* ................................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................. | _____ |
| Docket fees under 28 U.S.C. 1923 .................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ......................................... | _____ |
| Compensation of court-appointed experts ............................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* .................................................. | 2,066.75 |
| TOTAL  $ | 2,146.70 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service           ☐  First class mail, postage prepaid

☐  Other: _____

s/ Attorney:  _____

Name of Attorney: __Schaun D. Henry__

For: __Morgan Properties Payroll Services, Inc., Mitchell L Morgan Management, Inc. and__    Date: __09/30/2010__
       Mitchell L. Morgan Properties Ltd.
                        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

## STATEMENT OF ITEMIZED COSTS

Fee for Service of Subpoena:                                $  79.95
    Entity Served: CareerUSA
    Date: 2/22/10

Depositions:                                                $2066.75

    Transcript (5/13/10)
    Deposition of Plaintiff Teena DiSantis

    Transcripts (6/1/10)
    Depositions of Jennifer Carreon-Montes and
        Kristin Bozarth

    Transcripts (6/2/10)
    Depositions of Krista Reynolds, Sabina Chatterjee,
        Eileen Chuck and Debbie Quigley

    Transcript (6/8/10)
    Deposition of Billie-Jo Sedlacek

Case 2:09-cv-06153-RK  Document 25  Filed 09/30/10  Page 3 of 8

YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM -- CLICK ON CHECK STATUS!

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!



# INVOICE

MCNEES, WALLACE & NURICK
SCHAUN D HENRY, ESQ
100 PINE STREET  P.O. BOX 1166
HARRISBURG, PA 17108

INVOICE #: 20100219164022
AMOUNT DUE: $79.95
DUE DATE: 03/31/2010

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$79.95**   DUE DATE: **03/31/2010**   INVOICE #: **20100219164022**   INVOICE DATE: **03/01/2010**
ATTORNEY: SCHAUN D HENRY, ESQ
FIRM: MCNEES, WALLACE & NURICK
PLAINTIFF: TEENA DISANTIS
DEFENDANT: MORGAN PROPERTIES PAYROLL SERVICES, INC., ET AL
DOCKET#: 09 6153   CLAIM#:
ENTITY SERVED: CAREERSUSA
SERVED WITH: LETTER, SUBOPENA
SERVED DATE: **02/22/2010**   COURT DATE: 03/03/2010

| Fee | Amount | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | \|__\|__\| / \|__\|__\| / \|__\|__\| |
| SERVICE FEE: | $79.95 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | \|__\|__\|,\|__\|__\|__\|.\|__\|__\| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 HOURS FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC. FEE: | $0.00 | | |
| **TOTAL:** | **$79.95** | CARD/CHECK#: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| | |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

MCNEES, WALLACE & NURICK
100 PINE STREET  P.O. BOX 1166
HARRISBURG, PA 17108

INVOICE #: 20100219164022
AMOUNT DUE: $79.95
DUE DATE: 03/31/2010

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK



[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|
EXPIRATION: \|__\|__\| / \|__\|__\|
SIGNATURE: _____

# INVOICE

Geiger & Loria Reporting Service
2408 Park Drive
Suite B
Harrisburg PA  17110
Phone:717-541-1508   Fax:717-541-1509

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11170 | 5/28/2010 | 7861 |
| Job Date | Case No. | |
| 5/13/2010 | | |

| Case Name |
|---|
| DiSantis vs Morgan Properties |

| Payment Terms |
|---|
| Net 30 |

Schaun D. Henry
McNees Wallace & Nurick, LLC
100 Pine Street
Harrisburg PA  17101

ORIGINAL TRANSCRIPT OF:
    Teena Disantis                168.00 Pages   @  3.15   529.20
        Attendance                                          60.00    60.00
        Delivery                                               7.25     7.25

**TOTAL DUE  >>>**       **$596.45**

**Tax ID:** 25-1679685                                                   Phone: 717-232-8000    Fax:717-237-5300

*Please detach bottom portion and return with payment.*

Schaun D. Henry
McNees Wallace & Nurick, LLC
100 Pine Street
Harrisburg PA  17101

Job No.     : 7861            BU ID     : 1-MAIN
Case No.   :
Case Name  : DiSantis vs Morgan Properties

Invoice No.  : 11170            Invoice Date  :5/28/2010
**Total Due**  : **$ 596.45**

**Remit To:** **Geiger & Loria Reporting Service**
           **2408 Park Drive**
           **Suite B**
           **Harrisburg PA  17110**

**PAYMENT WITH CREDIT CARD**    AMEX    VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# Invoice

**R&K Reporting**
12 Primrose Lane
Levittown, PA 19054-3616

Tax ID
23-3058482

| Date | Invoice # |
|---|---|
| 6/21/2010 | 8517 |

| Bill To |
|---|
| McNess Wallace & Nurick, LLC
Schaun D. Henry, Esquire
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108 |

| Reporter |
|---|
| KL |

**Caption**

DiSantis v Morgan Properties Payroll Svs.

| Date | Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2010 | Certified Copy Regular | Testimony of Jennifer Carreon-Montes | 83 | 2.75 | 228.25 |
| | Certified Copy Regular | Testimony of Kristin Bozarth | 50 | 2.75 | 137.50 |
| | Condensed Transcript | | 2 | 25.00 | 50.00 |
| | E-Transcript | | 2 | | |
| | Exhibit Copies | | 37 | 0.20 | 7.40 |
| | Postage and Delivery | | | 12.00 | 12.00 |

Please remit to above address.  Thank You.

**Total**  $435.15

Phone:
215.946.7009

Fax:
215.949.1867

rkreporting@gmail.com

# Invoice

**R&K Reporting**
12 Primrose Lane
Levittown, PA 19054-3616

Tax ID
23-3058482

| Date | Invoice # |
|---|---|
| 6/21/2010 | 8519 |

**Bill To**

McNess Wallace & Nurick, LLC
Schaun D. Henry, Esquire
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108

| Reporter |
|---|
| KL |

**Caption:** DiSantis v Morgan Properties Payroll Svs.

| Date | Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 6/2/2010 | Certified Copy Regular | Testimony of Krista L. Reynolds | 82 | 2.75 | 225.50 |
| | Certified Copy Regular | Testimony of Sabina Chatterjee | 36 | 2.75 | 99.00 |
| | Certified Copy Regular | Testimony of Eileen Chuck | 69 | 2.75 | 189.75 |
| | Certified Copy Regular | Testimony of Debbie Ann Quigley | 40 | 2.75 | 110.00 |
| | Condensed Transcript | | 4 | 25.00 | 100.00 |
| | E-Transcript | | 4 | | |
| | Exhibit Copies | | 10 | 0.20 | 2.00 |
| | Postage and Delivery | | | 12.00 | 12.00 |

Please remit to above address.  Thank You.

**Total** $738.25

Phone:
215.946.7009

Fax:
215.949.1867

rkreporting@gmail.com

# Invoice

**R&K Reporting**
12 Primrose Lane
Levittown, PA 19054-3616

Tax ID
23-3058482

| Date | Invoice # |
|---|---|
| 6/21/2010 | 8523 |

**Bill To**
McNess Wallace & Nurick, LLC
Schaun D. Henry, Esquire
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108

Reporter: HSA

**Caption**
DiSantis v Morgan Properties Payroll Svs.

| Date | Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 6/8/2010 | Certified Copy Regular | Testimony of Billie-Jo Sedlacek | 94 | 2.75 | 258.50 |
|  | Condensed Transcript |  |  | 25.00 | 25.00 |
|  | E-Transcript |  |  |  |  |
|  | Exhibit Copies |  | 7 | 0.20 | 1.40 |
|  | Postage and Delivery |  |  | 12.00 | 12.00 |

Please remit to above address. Thank You.

**Total** $296.90

Phone: 215.946.7009         Fax: 215.949.1867         rkreporting@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of the foregoing Bill of Costs was served electronically by the Court upon the following:

>Ari R. Karpf, Esq.
>Jeremy M. Cerutti, Esq.
>Karpf, Karpf & Virant
>3070 Bristol Pike
>Bensalem, PA 19020
>(215) 639-4970

Date:  September 30, 2010        */s/ Schaun D. Henry*
                                 Schaun D. Henry